UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SANFORD                    ,

                Plaintiff(s),

        v.

TRANSITAMERICA SERVICES,
INC., a Missouri corporation      ,

                Defendant(s).

Case No. 3:24-cv-07295-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, Krista L. Le Roux          , an active member in good standing of the bar of the state of Oregon          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Robert Sanford          in the above-entitled action. My local co-counsel in this case is Gavin S. Barney          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 321880          .

Hildebrand McLeod & Nelson LLP
5335 College Ave, Suite 5A
Oakland CA 94612
MY ADDRESS OF RECORD

Hildebrand McLeod & Nelson LLP
5335 College Ave, Suite 5A
Oakland CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

503-334-4119
MY TELEPHONE # OF RECORD

510-451-6732
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

leroux@hmnlaw.com
MY EMAIL ADDRESS OF RECORD

barney@hmnlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 152981          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___03/31/2026_____                    Krista L. Le Roux_____
                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Krista L. Le Roux_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 1, 2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE