UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT SANFORD,

Plaintiff,

v.

TRANSITAMERICA SERVICES, INC.,

Defendant.

Case No. 24-cv-07295-AMO

**ORDER RE JOINT STATEMENT CONCERNING DISCOVERY DISPUTE**

Re: Dkt. No. 45

Before the Court is the parties' joint statement concerning a discovery dispute. Dkt. No. 45. Plaintiff Robert Sanford seeks to compel the deposition of one of Defendant TransitAmerica Services, Inc.'s managers, Jason Kallstrom. *Id.* at 1. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the Court **DENIES** Sanford's request to compel the deposition.

Federal Rule of Civil Procedure 30(b)(1) requires parties to provide "reasonable notice" of deposition. "A number of cases have held that, for a deposition without production of documents, ten days notice is generally considered reasonable." *Lam v. City & Cnty. of San Francisco*, No. C 08-04702 PJH LB, 2011 WL 4915812, at *3 (N.D. Cal. Oct. 17, 2011). "But there is no fixed rule because the reasonableness of the notice must be evaluated in light of the circumstances of each particular case." *Id.* While Kallstrom's deposition was noticed ten days in advance, the circumstances here show this notice was unreasonable. The Court issued a scheduling order over a year ago, Dkt. No. 21, and later extended the fact discovery deadline by 90 days, Dkt. No. 34. Sanford's initial disclosures, served on December 9, 2024, identified Kallstrom as a witness, Dkt. No. 45 at 5, and yet Sanford waited to notice Kallstrom's deposition until 11 days before the close of fact discovery. Sanford provides no justification for his delay in seeking to depose

Kallstrom. Under these circumstances, the Court cannot find that the notice provided to Kallstrom was reasonable. Thus, the Court **DENIES** Sanford's request to compel the deposition of Kallstrom.

**IT IS SO ORDERED.**

Dated: April 14, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California