VINCENT CASTILLO, State Bar No. 209298
vcastillo@cmtrlaw.com
ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
aklein@cmtrlaw.com
CASTILLO, MORIARTY, ROBINSON LLP
75 Southgate Avenue
Daly City, CA  94015
Telephone: (415) 213-4098

Attorneys for Defendant
TRANSITAMERICA SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANFORD,<br><br>          Plaintiff,<br><br>   v.<br><br>TRANSITAMERICA SERVICES, INC., a Missouri corporation; and DOES 1 THROUGH 30, inclusively,<br><br>          Defendants. | Case No. 4:24-cv-07295-AMO<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff ROBERT SANFORD and Defendant TRANSITAMERICA SERVICES, INC. that the above-captioned action shall be dismissed in its entirety with prejudice.

Each party shall bear their own costs, expenses, and attorney's fees.

Dated:  June 2, 2026                    HILDERBRAND, MCLEOD & NELSON LLP

By:  _/s/ Gavin Barney_____
        GAVIN BARNEY
        Attorneys for Plaintiff
        ROBERT SANFORD

Dated:  June 3, 2026                    CASTILLO, MORIARTY, ROBINSON LLP

By:  _/s/ Alexei Offill-Klein_____
        VINCENT CASTILLO
        ALEXEI N. OFFILL-KLEIN
        Attorneys for Defendant
        TRANSITAMERICA SERVICES, INC.

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

1

STIPULATION FOR DISMISSAL AND
[~~PROPOSED~~] ORDER

**[PROPOSED] ORDER**

Based upon the stipulation of Plaintiff Robert Sanford and Defendant TransitAmerica Services, Inc., the Court hereby orders the dismissal of the entire action with prejudice, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:    6/4/2026            By: _____
                                 Hon. Judge Araceli Martínez-Olguín
                                 UNITED STATES DISTRICT JUDGE

CASTILLO MORIARTY ROBINSON LLP
75 Southgate Ave
Daly City, CA 94015

2                    STIPULATION FOR DISMISSAL AND
                          [PROPOSED] ORDER